22798. CITY OF COLUMBUS v. WHIPPLE et al.

HEAD, Presiding Justice. This case is controlled by the rulings made in *City of Columbus v. Atlanta Cigar Co.,* ante.

*Remanded to the Court of Appeals. All the Justices concur.*

SUBMITTED JANUARY 11, 1965—DECIDED JANUARY 18, 1965.

*Davis & Davis, Lennie F. Davis, L. L. Davis,* for plaintiff in error.

*Swift, Pease, Davidson & Chapman, Max R. McGlamry,* contra.